**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 918 |
| | : | |
| REAPPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| ORPHANS' COURT PROCEDURAL | : | |
| RULES COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 8th day of November, 2022, the Honorable Lawrence J. O'Toole, Jr., Allegheny County, is hereby reappointed as a member of the Orphans' Court Procedural Rules Committee for a term of five years, commencing January 1, 2023.